RECEIVED
ENTERED                    SERVED ON
            COUNSEL/PARTIES OF RECORD

JAN 22 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **LEAHA WHITE** | ) JURY TRIAL DEMANDED |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **LVNV FUNDING LLC., DBA RESURGENT** | ) |
| **CAPITAL SERVICES** | ) 2:24-cv-00140-CDS-BNW |
| **Defendant,** | ) |
| | ) |

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Leaha White (hereinafter "Plaintiff"), an individual consumer, against Defendant LVNV Funding LLC (hereinafter "LVNV") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

## II. JURISDICTION AND VENUE

2. The court has jurisdiction under 15 U.S.C § 1692k and 28 U.S.C § 1331. Venue in this District is proper as the Defendant transacts business in Nevada.

## III. PARTIES

3. Plaintiff is a natural person residing in the District of Nevada. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C.§1692a(3).

4. Upon information and belief, LVNV's principal place of business is 6801 S. Cimarron Rd Dr Ste #424J, Las Vegas, Nevada.

5. LVNV is a debt collector who regularly collects or attempts to collect debts from consumers using the mail and telephone. Defendant regularly attempts to collect

1

consumers' debts alleged to be due to another. LVNV is a "debt collector" as defined by the FDCPA, 15 U.S.C § 1692a(6).

## IV. FACTS OF THE COMPLAINT

6. LVNV is attempting to collect debts that arose from transactions in which the money, property, insurance or services which are the subject of the transactions are primarily for personal, family or household purposes.

7. On December 18, 2023, Plaintiff wrote LVNV a letter disputing the debts alleged to be owed to Comenity Capital Bank and Credit One Bank and requested validation of the alleged debts. **(Please see Exhibit A).**

8. Plaintiff notified LVNV in her letter that the only convenient way to contact her was via email.

9. On or around December 26, 2023, the letter was delivered via certified mail to LVNV with tracking number 9589071052700621183936. **(Please see Exhibit B).**

10. On December 29, 2023, LVNV sent correspondence to the Plaintiff via mail stating, "this is an attempt to collect a debt and any information will be used for that purpose." LVNV responded in a way that they know or should have known to be inconvenient to the Plaintiff. **(Please see Exhibit C).**

11. LVNV's correspondence was in violation of 15 U.S.C § 1692c(a)(1) for communicating with the Plaintiff at an unusual time or place known, or which should be known to be inconvenient to the Plaintiff.

12. Plaintiff has and continues to suffer actual damages as a result of the illegal attempts to collect on the alleged debts by LVNV in the form of anxiety, decreased ability to focus on tasks while at work, frustration, emotional distress, amongst other negative emotions, as well as damage to FICO scores.

13. LVNV has disturbed plaintiffs' peace and blood pressure. The anxiety and worry were caused by concerns if LVNV was going to continue their unlawful collection activity.

## IV. CLAIM FOR RELIEF

14. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

15. **LVNV violated the FDCPA. LVNV's violations include, but are not Limited to, the following:**

16. LVNV intentionally communicated with the Plaintiff in connection with collection of alleged debts at a time and place that was known by LVNV to be an inconvenience to the Plaintiff, thus violating 15 U.S.C § 1692c(a)(1).

17. As a result of the above violation of the FDCPA, LVNV is liable to Plaintiff for actual damages and statutory damages pursuant to 15 U.S.C § 1692k.

## VII. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against LVNV for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages;

C. Statutory damages;

D. For such other and further relief as the Court may deem just and proper.

Dated: January 22, 2024            Respectfully Submitted,

/s/ Leaha White
4939 Abundance Street
Las Vegas, Nevada 89031
702-750-7988 (Phone #)
Email: Leahaawhite1990@gmail.com

# Exhibit A

Leaha White
4939 Abundance St.
Las Vegas, NV 89031

LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603

## Dispute of Alleged Debt & Validation Request.

To Whom it May Concern,

I am writing this letter to inform you that I dispute the alleged debts in the amounts of $898.26 and $1,169.40. I will need validation of this alleged debt sent to me via email since this is the only convenient and accessible method of communication for me at this time. Please send to the following email address: leahaawhite1990@gmail.com.

Sincerely,
Leaha White.

1/16/24, 8:59 AM  **Exhibit B**  image.png

**Tracking Number:**

# 9589071052700621183936

📋 Copy   🚶 Add to Informed Delivery

## Latest Update

Your item has been delivered to an agent for final delivery in GREENVILLE, SC 29603 on December 26, 2023 at 6:37 am.

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

- **Delivered to Agent**
  Delivered to Agent for Final Delivery
  GREENVILLE, SC 29603
  December 26, 2023, 6:37 am

- **Arrived at Post Office**
  GREENVILLE, SC 29601
  December 26, 2023, 6:34 am

- **In Transit to Next Facility**
  December 25, 2023

- **Arrived at USPS Regional Facility**
  GREENVILLE SC DISTRIBUTION CENTER
  December 23, 2023, 1:33 pm

- **Departed USPS Regional Facility**
  LAS VEGAS NV DISTRIBUTION CENTER
  December 20, 2023, 9:10 am

- **Arrived at USPS Regional Origin Facility**
  LAS VEGAS NV DISTRIBUTION CENTER
  December 19, 2023, 9:13 pm

- **USPS picked up item**
  NORTH LAS VEGAS, NV 89032
  December 18, 2023, 4:02 pm

- Hide Tracking History

PO Box 510090
Livonia MI 48151-6090

Exhibit C





PJ85DJ02400121

||..||.|.|||.|.|.||.||.|||.||||.|...||..||.|.|....||.||.||.||.||

LEAHA WILLIAMS
4939 ABUNDANCE ST
NORTH LAS VEGAS, NV 89031-0958

Account Number: ************0268
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 691415012
Balance: $898.26
Accountholder Name: Leaha Williams

December 29, 2023

Dear Leaha Williams,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC cannot sue you for it. If you do not pay the debt, LVNV Funding LLC may report or continue to report it to the credit reporting agencies as unpaid.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0163



*Customer Portal*
Resurgent.com



**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number 4447 9623 8498 0268
January 09, 2020 to February 08, 2020


Exhibit C(1)

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---:|
| Previous Balance | $839.25 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $43.25 |
| Interest Charged + | $15.76 |
| **New Balance** | **$898.26** |
| Credit Limit | $500.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 02/08/20 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card  1-877-825-3242
Outside the U.S. Call  1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $898.26 |
| Past Due Amount | $238.00 |
| Amount Due This Period | $695.26 |
| Minimum Payment Due | $898.26 |
| Payment Due Date | 03/04/20 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 months | $898.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---:|
| | | | **Fees** | |
| F572700DN000CYLAC | 02/08 | 02/08 | ANNUAL FEE    03/20 THROUGH 03/20 | 8.25 |
| | 02/08 | 02/08 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **43.25** |
| | | | **Interest Charged** | |
| | 02/08 | 02/08 | Interest Charge on Purchases | 15.76 |
| | 02/08 | 02/08 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **15.76** |

**2020 Totals Year-to-Date**

| | |
|---|---:|
| Total fees charged in 2020 | $86.50 |
| Total interest charged in 2020 | $30.62 |

Your account is currently closed.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 25.15%(v) | $752.07 | $15.76 |
| Cash Advances | 25.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001   7   8   200207 0    CX PAGE 1 of 1    20  5727  9620  M165  O1GR5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*



PAY YOUR BILL ONLINE at CreditOneBank.com
Account Number:   4447 9623 8498 0268
New Balance:   $898.26
Minimum Payment Due:   $898.26
Payment Due Date:   03/04/20

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED:  $ _____



CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

LEAHA WILLIAMS
APT 1070
3940 SCOTT ROBINSON BLVD
N LAS VEGAS NV 89032-7873

0000000 0089826 0089826 4447962384980268 7

# Exhibit C(2)

## ACCOUNT SUMMARY REPORT
## 12/28/2023 12:34:30 PM

This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.

| Borrower Information | | Current Account Information | |
|---|---|---|---|
| Name: | LEAHA WILLIAMS | Owner: | LVNV Funding LLC |
| Address: | 4939 Abundance St | Resurgent Reference #: | 691415012 |
| City: | North Las Vegas | Original Creditor: | Credit One Bank, N.A. |
| State: | NV | Account Number: | XXXXXXXXXXXX0268 |
| Zip Code: | 89031-0958 | Current Balance Due: | $898.26 |
| | | Date of Last Payment: | 06/10/2019 |

### Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Credit One Bank, N.A.<br>P.O. Box 98873<br>Las Vegas, NV 89193 |
| The origination date with original creditor was: | 02/25/2018 |
| The account charge-off date was: | 02/09/2020 |
| The account charge-off amount was: | $898.26 |
| The account was acquired on or about: | 03/18/2020 |
| The account balance at time of acquisition: | $898.26 |

This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.



Page 1 of 1

PO Box 510090
Livonia MI 48151-6090

Exhibit C(3)





PJ85DJ02300208

LEAHA WILLIAMS
4939 ABUNDANCE ST
NORTH LAS VEGAS, NV 89031-0958

Account Number: **************2876
Original Creditor: Comenity Capital Bank
Current Owner: LVNV Funding LLC
Reference ID: 744214111
Balance: $1,169.40
Accountholder Name: Leaha Williams

December 29, 2023

Dear Leaha Williams,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC cannot sue you for it. If you do not pay the debt, LVNV Funding LLC may report or continue to report it to the credit reporting agencies as unpaid.

    

| *Hours of Operation* | *General Disputes/Correspondence* | *Contact Numbers* | *Customer Portal* |
|---|---|---|---|
| 8:00AM-9:00PM EST Monday - Thursday | PO Box 10497 Greenville, SC 29603-0497 | Toll Free Phone 1-866-464-1187 | Resurgent.com |
| 8:00AM-7:00PM EST Friday | *Credit Bureau Disputes* PO Box 1269 Greenville, SC 29602 | Toll Free Fax 1-866-467-0163 | |
| 9:00AM-5:00PM EST Saturday - Sunday | | | |

Exhibit C(4)



**ACCOUNT SUMMARY REPORT**
**12/29/2023 12:04:29 PM**

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

| Borrower Information | | Current Account Information | |
|---|---|---|---|
| Name: | LEAHA WILLIAMS | Owner: | LVNV Funding LLC |
| Address: | 4939 Abundance St | Resurgent Reference #: | 744214111 |
| City: | North Las Vegas | Original Creditor: | Comenity Capital Bank |
| State: | NV | Account Number: | XXXXXXXXXXXXX2876 |
| Zip Code: | 89031-0958 | Merchant: | My Place Rewards Credit Card |
| | | Current Balance Due: | $1169.40 |
| | | Date of Last Payment: | 04/21/2019 |

### Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Comenity Capital Bank<br>PO Box 182273<br>Columbus, OH 43218 |
| The origination date with original creditor was: | 12/20/2017 |
| The account charge-off date was: | 11/30/2019 |
| The account charge-off amount was: | $1,169.40 |
| The account was acquired on or about: | 12/29/2022 |
| The account balance at time of acquisition: | $1,169.40 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*



Page 1 of 1