UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEAHA WHITE,<br><br>          Plaintiff,<br><br>     v.<br><br>LVNV FUNDING, LLC,<br><br>          Defendant. | Case No. 2:24-cv-00140-CDS-BNW<br><br>**REPORT AND RECOMMENDATION** |

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if she so chose). *See* ECF No. 3. Plaintiff was given until February 29, 2024, to amend his complaint. *Id.* at 3. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Since this order, Plaintiff has not filed anything in her case. Accordingly, she appears to have abandoned her case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case be closed.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 22, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE