UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Leaha White,

          Plaintiff

v.

LVNV Funding, LLC,

          Defendant

Case No. 2:24-cv-00140-CDS-BNW

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 5]

      Plaintiff Leaha White brings this action alleging that defendant LVNV Funding, LLC violated the Fair Debt Collection Practices Act. Compl., ECF No. 1-1. Because White applied to proceed *in forma pauperis*, Magistrate Judge Brenda Weksler screened the complaint and dismissed it without prejudice for failure to state a claim but allowed White leave to amend. ECF No. 3. The deadline for White to file an amended complaint was February 29, 2024. *Id.* at 4. Judge Weksler cautioned White that failure to file an amended complaint by that date would result in a recommendation that the action be dismissed. *Id.* White did not file an amended complaint by the deadline, nor otherwise responded to the court's order. Thus, on March 22, 2024, Judge Weksler issued a report and recommendation that this case be dismissed. R&R, ECF No. 5.

      Under this district's local rules, White had until April 5, 2024 to file any objections to the R&R. LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days); *see also* 28 U.S.C. § 636(b)(1). As of the date of this order, White has neither objected to the R&R nor requested more time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Weksler's previous order and the docket in this matter. Upon learning that White failed to file an amended complaint as directed and has filed nothing since, I adopt the R&R in full.

Conclusion

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation [ECF No. 5] **is adopted** in its entirety.

IT IS FURTHER ORDERED that this action is dismissed without prejudice based on White's failure to file an amended complaint in compliance with Judge Weksler's January 30, 2024 order.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

Dated: April 16, 2024

_____
Cristina D. Silva
United States District Judge

2